Peter Jakab (PJ-8553)
Chang W. Lee
FEIN & JAKAB
The Woolworth Building
233 Broadway • Suite 930
New York, NY 10279
(212) 732-9290 Ph
(212) 227-6479 Fx

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07
```

Attorneys for Plaintiff
CUT AND RUN LIMITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUT AND RUN LIMITED, an English corporation,<br><br>                    Plaintiff,<br><br>        -against-<br><br>RICHARD WILLIS, a/k/a "CHUCK" WILLIS and SUSAN WILLIS,<br><br>                    Defendants,<br><br>CUT & RUN, LLC, a New York limited liability company,<br><br>                    Nominal Defendant. | Case No. 07-cv-11064 (RJS)<br><br>ECF CASE<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Cut and Run, Ltd. ("Ltd"), by its attorneys, Fein & Jakab, no responsive

//

//

//

//

//

//

pleading or motion having been filed, hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: December 7, 2007  
       New York, New York

Respectfully,

FEIN & JAKAB  
The Woolworth Building  
233 Broadway · Suite 930  
New York, NY 10279  
212/732-9290

By: _____  
    PETER JAKAB (PJ-8553)

Attorneys for Plaintiff  
CUT AND RUN LIMITED.

12/7/07